# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEITH CLEGHORN,

    Petitioner,

vs.

LENARD VARÉ, *et al.*,

    Respondents.

3:05-cv-0681-LRH-RAM

ORDER

    In this habeas matter under 28 U.S.C. § 2254, petitioner referred in the petition, and continues in his response to the Court's show cause order to refer, to Exhibits E, F, G and H. However, only Exhibits A, B, C and D were received and filed with the petition. As petitioner does not appear to be aware that Exhibits E through H are not on file, the Court will direct petitioner to file copies of the exhibits. Petitioner further shall file copies of any other additional papers filed in the state courts setting forth his claims.

    IT THEREFORE IS ORDERED that, within thirty (30) days of entry of this order, petitioner shall file a supplement to the record and attach copies of the Exhibits E through H referenced in the petition together with any and all additional papers filed in the state courts setting forth his claims.

    DATED this 24th day of February, 2006.

    _____
    LARRY R. HICKS
    UNITED STATES DISTRICT JUDGE